Paul Bradley, Deputy Defender, of Chicago (Steven Clark Assistant Appellate Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (James S. Veldman and Albert R. Rosendahl, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ELMORE JORDAN, JR., Defendant-Appellant.

(No. 57873;

First District (1st Division)—December 3, 1973.

PER CURIAM.
HALLETT, J., took no part.

James J. Doherty, Public Defender, of Chicago (Ira Churgin, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and John M. Cutrone, Assistant State's Attorneys, of counsel), for the People.